USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MING KAN, *ET AL.*,                    :        09 Civ. 8010 (SHS)

     Plaintiffs,      :

 -against-                              :        ORDER

HACHI-HACHI CORP., *ET AL.*,           :

     Defendants.      :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  A pretrial conference having been held today, with counsel for all parties present,

  IT IS HEREBY ORDERED that:

  1. The last day for completion of discovery is April 30, 2010, and

  2. There will be a pretrial conference on April 30, 2010, at 10:00 a.m.

Dated: New York, New York
   November 12, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.